**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**JOHN RAYMOND CORNWELL**                                                    **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO. 1:08cv1324-RHW**

**DAVID ALLISON, SHERIFF,** *et al.*                                        **DEFENDANTS**

## **FINAL JUDGMENT**

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinions and Orders entered by this Court on September 8, 2010 and on this date, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that the Plaintiff's claims against all Defendants are DISMISSED with prejudice.

SO ORDERED, this the 27th day of September, 2010.

                                                                 /s/ *Robert H. Walker*
                                                                  ROBERT H. WALKER
                                                                  UNITED STATES MAGISTRATE JUDGE